COMMONWEALTH of Pennsylvania,
Respondent

v.

Kerry MCNEIL, Petitioner

No. 451 EAL 2016

Supreme Court of Pennsylvania.

January 21, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is DENIED.